# NOLAN & HELLER, LLP
ATTORNEYS AT LAW

39 NORTH PEARL STREET
ALBANY, NEW YORK 12207

TELEPHONE (518) 449-3300
FACSIMILE (518) 432-3123

www.nolanandheller.com

MARCO B. KOSHYKAR
Direct Dial: (518) 449-3300
mkoshykar@nolanandheller.com

January 30, 2008

**VIA ELECTRONIC FILING**
Hon. Randolph F. Treece, U.S.M.J.
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

  Re: Ying Y. Lai v. Kun Fuk Cheng, a/k/a Steven Cheng, et. al.
     05-CV-708 (TJM/RFT) / 04-CR-544 (TJM)

Dear Magistrate Treece:

  Please accept the following as a sixth report on the status of the above-referenced action pursuant to the Court's Order dated October 10, 2007.

  As you are aware, this matter has been stayed several times for ninety (90) day periods with status reports having been filed with your Honor since January, 2006. After my last conversation with AUSA Thomas A. Cappezza, we have agreed to terminate the stay of the within foreclosure action to allow my client, Ying Y. Lai, to proceed with the foreclosure of her mortgage interest in 1885 Central Avenue, Albany, New York.

  A proposed Stipulation terminating the stay of this foreclosure action has been forwarded to Mr. Capezza for his review and I expect the same to be signed and filed shortly. Additionally, Mr. Capezza has agreed to release the Lis Pendens filed by the United States against 1885 Central Avenue to allow for the foreclosure of Ms. Lai's mortgage interest in said property.

  Based upon the foregoing, and upon the consent of Mr. Capezza, the parties would like to request a very brief extension of the stay in this matter for two (2) weeks to give time to have signed and filed the necessary Stipulation to terminate the stay and to release the Lis Pendens filed by the United States. Your consideration is greatly appreciated.

          Very truly yours,

          NOLAN & HELLER, LLP

          Marco B. Koshykar

cc: Thomas A. Capezza, AUSA (via facsimile (518) 431-0249)

54935