# NOLAN & HELLER, LLP

ATTORNEYS AT LAW

39 NORTH PEARL STREET
ALBANY, NEW YORK 12207

TELEPHONE (518) 449-3300
FACSIMILE (518) 432-3123

*www.nolanandheller.com*

MARCO B. KOSHYKAR
Direct Dial: (518) 449-3300
*mkoshykar@nolanandheller.com*

February 25, 2008

**VIA ELECTRONIC FILING**
Hon. Randolph F. Treece, U.S.M.J.
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

> Re:  **Ying Y. Lai v. Kun Fuk Cheng, a/k/a Steven Cheng, et. al.**
> **05-CV-708 (TJM/RFT) / 04-CR-544 (TJM)**

Dear Magistrate Treece:

In follow-up to the Court's text order dated January 30, 2008, attached hereto please find an executed Stipulation and Order Terminating Stay of Foreclosure Proceedings. The parties have agreed to terminate the stay of the within foreclosure action in order to allow the Plaintiff Ying Y. Lai to pursue her mortgage foreclosure action with respect to the property commonly known as 1885 Central Avenue, Albany, New York.

Should the within Stipulation meet your approval, then kindly "so order" the same. Your consideration is appreciated.

Very truly yours,

NOLAN & HELLER, LLP

Marco B. Koshykar

Enc.
cc:  Thomas A. Capezza, AUSA (via facsimile (518) 431-0249)
55559

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YING Y. LAI,<br><br>                                     Plaintiff,<br><br>        -against-<br><br>KUN FUK CHENG a/k/a STEVEN CHENG, THE UNITED STATES OF AMERICA and "JOHN DOE NO. 1" through "JOHN DOE NO. 15", the last fifteen names being fictitious persons or parties unknown to plaintiff, the persons or parties intended being the tenants, occupants, persons or corporations, if any, having or claiming an interest in or lien upon the premises described in the Complaint,<br><br>                                     Defendant. | Civil Action No. 05-CV-708<br>(TJM/RFT) |

## STIPULATION AND ORDER
## TERMINATING STAY OF FORECLOSURE PROCEEDINGS

**WHEREAS**, on November 17, 2004, the defendant United States of America filed an Indictment against defendant Kun Fuk Cheng in criminal case no. 04-CR-544 which included a forefeiture allegation and on November 18, 2004, a Lis Pendens was filed respecting the real property commonly known as 1885 Central Avenue, Albany, New York ("1885 Central Avenue"); and

**WHEREAS**, on or about May 2, 2005, this action was commenced in the New York State Supreme Court for the County of Albany, by plaintiff Ying Y. Lai, to foreclose her mortgage interest in and to 1885 Central Avenue; and

**WHEREAS**, on or about June 7, 2005, the defendant United States of America filed a Notice of Removal of the above-entitled action in the Office of the Clerk of the United States District Court for the Northern District of New York; and

**WHEREAS**, on or about July 8, 2005, the defendant United States of America served upon Plaintiff's counsel an Answer to Foreclosure Complaint, alleging, among other things, as and for a Affirmative Defense, that the Plaintiff's foreclosure action was barred pursuant to 21 U.S.C. §853(k)(2); and

**WHEREAS**, on or about October 19, 2005, a Stipulation and Order to Stay Foreclosure Proceedings and for the Interlocutory Sale of Real Property was entered in the within action, pursuant to which this action was stayed for a period of ninety (90) days, during which time 1885 Central Avenue was to be listed for sale with a licensed real estate broker and sold at fair market value subject to the terms and conditions listed therein; and

**WHEREAS**, upon consent of the parties, the within action has been stayed for consecutive ninety (90) day periods up through and including January 31, 2008 with periodic status reports having been filed with the Court; and

**WHEREAS**, to date, 1885 Central Avenue has not been listed for sale by a licensed real estate broker or sold in accordance with the October 19, 2005 Stipulation and Order; and

**WHEREAS**, the parties hereby agree to lift the stay of Plaintiffs' foreclosure proceedings in order for the Plaintiff to pursue foreclosure of its mortgage.

**NOW, THEREFORE**, it is hereby stipulated and agreed by and between the undersigned as follows:

1.      The Defendant United States of America shall, contemporaneously with the entry of this Stipulation and Order, release its Lis Pendens on 1885 Central Avenue only.

2.      The Defendant United States of America hereby consents to the withdrawal of its Answer to Foreclosure Complaint filed in this action, together with the Affirmative Defenses raised

therein, and waives service of papers in this action except for the Judgment of Foreclosure and Sale, Notice of Sale, Referee's Report of Sale, Notice of Surplus Money Proceedings and any Notice of Discontinuance.

3.     The Defendant United States of America and Plaintiff Ying Y. Lai hereby further consent to a termination of the stay of foreclosure proceedings in this action and consent to the Plaintiff's seeking a Judgment of Foreclosure and Sale and otherwise exercising its rights and remedies under the mortgage being foreclosed herein.

## SIGNATURES

Dated: ~~January~~ *February* 25, 2008

NOLAN & HELLER, LLP
*Attorneys for Plaintiff Ying Y. Lai*

By: _____
Marco B. Koshykar, Esq.
39 North Pearl Street, 3rd Floor
Albany, New York 12207
(518) 449-3300

~~January~~ *February* 25, 2008

UNITED STATES OF AMERICA
Glenn T. Suddaby
United States Attorney
Northern District of New York

By: _____
Thomas A. Capezza
Assistant United States Attorney

**AND**, in accordance with the above Stipulation, it is hereby

**ORDERED**, that the Answer to Foreclosure Complaint filed by the defendant United States of America and the Affirmative Defenses raised therein are, and the same hereby be, withdrawn; and it is further

**ORDERED**, that the stay of foreclosure proceedings with respect to the subject property 1885 Central Avenue, Albany, New York is hereby terminated and that Plaintiff may continue pursuing its rights and remedies under the mortgage being foreclosed herein.

_____
Hon. Randolph F. Treece,
United States Magistrate Judge

55006

4