# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK



**LAWRENCE K. BAERMAN**
Clerk

**JOHN M. DOMURAD**
Chief Deputy

James T. Foley Courthouse
445 Broadway, Room 509
Albany, New York 12207
(518) 257-1800

April 2, 2008

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

APR 0 7 2008

LAWRENCE K. BAERMAN, CLERK
ALBANY

Albany County Supreme Court Clerk
Albany County Courthouse, Room 102
16 Eagle Street
Albany, New York 12207

Re: Ying Y, Lai v. Kun Fuk Cheng et al.
Albany County No.: 05-02655
NDNY No.: 1: 05-cv-708

Dear Sir/Madam:

Enclosed please find the certified copy of the Stipulation and Order filed in the Northern District of New York on April 2, 2008. This certified order is being sent to your court in accordance with the Federal Rules of Civil Procedure 28 U.S.C. § 1447 (c). Attached you will find a certified copy of the docket sheet referencing the order. Please acknowledge receipt of same by signing and dating the enclosed copy of this letter and returning it to the Clerk's Office in Albany, New York.

If you should have any questions please contact me at the above listed number.

Sincerely,
LAWRENCE K. BAERMAN, CLERK

By: *Marcy Gallup-Hughes*
Deputy Clerk

Enclosures

ACKNOWLEDGMENT: __*Marlene J. Dion*__ DATE: _____
MARLENE J. DION
Deputy County Clerk

Albany County Clerk
Document Number 10161850
Rcvd 04/04/2008 10:01:02 AM